AO 91 (Rev. 11/11) Criminal Complaint  Felony

United States District Court
Southern District of Texas
FILED

SEP 2 4 2013

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Samuel COVARUBIAS-Gaona | ) Case No. B-13-MJ-826 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 22, 2013__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec.751 (a) | unlawfully and willfully escape from federal custody, after having been designated to the custody of the Attorney General by virtue of Judgment and Commitment Order dated September 09, 2009 of the United States District Court for the Southern District of Texas pursuant to a conviction for the felony offense of Smuggling Aliens (1:09CR644) in which he was sentenced to 6 months confinement and 3 years of Supervised Release. |

This criminal complaint is based on these facts:

On September 22, 2013 the United States Marshal Service received a Standard Escape Report from the Federal Bureau of Prison, Community Corrections Center: Reality House. See attached sheet.

☑ Continued on the attached sheet.

_____
Complainant's signature

Manuel E. Lucio Jr.
Printed name and title

Sworn to before me and signed in my presence.

Date: Sept 24, 2013

_____
Judge's signature

City and state: Brownsville, Texas

Ronald G. Morgan, U.S. Magistrate Judge
Printed name and title

B-13-mJ-826

On May 4, 2009, subject Samuel COVARUBIAS-Gaona was arrested for Smuggling Aliens (USC 1324) in case number 1:09CR644. Subsequently, on September 09, 2009, he pled guilty, and was sentenced to 6 months confinement and 3 years of Supervised Release. After completing his jail time and while on Supervised Release, COVARUBIAS violated his conditions and a revocation warrant was issued on March 21, 2012. Thereafter, on December 6, 2012, COVARUBIAS was arrested on the revocation warrant and sentenced to 11 months confinement (Jan.16, 2013). As part of his 11 month sentence, COVARUBIAS was ordered to serve part of his time at the Reality House Community Corrections Center.

At approximately 2:04 p.m. on September 21, 2013, COVARUBIAS signed out of the Reality House center to attend work. COVARUBIAS had a return time of 1:00 a.m. on September 22, 2013, but failed to arrive back at the facility. Escape procedures were implemented to include calling local jails and hospitals. The subject's mother was also contacted with negative results. COVARUBIAS remains a fugitive at this time and his whereabouts are unknown.